

**IN THE**

**TENTH COURT OF APPEALS**

**No. 10-13-00311-CV**

**IN RE WILLIAM J. GONYEA AND CATHERINE J. GONYEA**

**Original Proceeding**

**MEMORANDUM OPINION**

Relators' petition for writ of mandamus is denied.

AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Petition denied
Opinion delivered and filed September 19, 2013
[OT06]